HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BREMERTON, a Washington State Municipal Corporation; KEVIN LONG, a City of Bremerton Police Officer; VARIOUS UNKNOWN BREMERTON POLICE OFFICERS,<br><br>Defendants. | Case No. C06-5536 JKA<br><br>STIPULATION AND ORDER DISMISSING ALL CLAIMS |

## STIPULATION

The parties through their attorneys stipulate that all claims against all Defendants asserted in this action have been fully settled, resolved or compromised and that an order may be entered dismissing the action with prejudice and without an award of costs to any party.

///

///

///

STIPULATION AND ORDER DISMISSING
ALL CLAIMS - 1

ROGER A. LUBOVICH
BREMERTON CITY ATTORNEY
345 6th Street, Suite 600, Bremerton, Washington 98337
Phone: 360-473-2345  Fax: 360-473-5161

DATED this 8th day of November 2007.

| ROGER A. LUBOVICH | THE LAW OFFICE OF RANDY W. LOUN |
|---|---|
| Bremerton City Attorney | |
| By: /s/ Mark E. Koontz | By: /s/ Randy W. Loun |
| Mark E. Koontz, WSBA #26212 | Randy W. Loun WSBA#14669 |
| Counsel for Defendants Long and City of Bremerton | Counsel for Plaintiff |

## ORDER

Based on the above stipulation of the parties, It Is Ordered:

This action is hereby DISMISSED with prejudice and without an award of costs to any party.

ENTERED this 9th day of November 2007.

                               */s/ J. Kelley Arnold*
                               J. KELLEY ARNOLD
                               UNITED STATES DISTRICT COURT
                               MAGISTRATE JUDGE

Presented by:

| ROGER A. LUBOVICH | THE LAW OFFICE OF RANDY W. LOUN |
|---|---|
| Bremerton City Attorney | |
| By: /s/ Mark E. Koontz | By: /s/ Randy W. Loun |
| Mark E. Koontz, WSBA #26212 | Randy W. Loun WSBA#14669 |
| Counsel for Defendants Long and City of Bremerton | Counsel for Plaintiff |

STIPULATION AND ORDER DISMISSING ALL CLAIMS - 2

ROGER A. LUBOVICH
BREMERTON CITY ATTORNEY
345 6th Street, Suite 600, Bremerton, Washington  98337
Phone:  360-473-2345  Fax:  360-473-5161